**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

E. SCOTT FRISON, JR., *et al.*,                    *

    Plaintiffs,                    *

   v.                    *  Civil Action No. AW-04-350

RYAN HOMES, *et al.*,                    *

    Defendants.                    *

       * * * * *

**ORDER**

 Presently before this Court are Plaintiffs' Motion for Sanctions against Attorney Lawrence J. Gebhardt [23], and Plaintiffs' Motion for Sanctions against Attorney Ramsay J. Whitworth [24]. The Court has reviewed the pending motions and finds that Plaintiffs have failed to demonstrate that the conduct of attorneys Gebhardt and Whitworth falls within the purvey of Rule 11. Furthermore, the Court finds that Plaintiffs have not overcome the standard of objective reasonableness under which courts evaluate potential Rule 11 violations. *See Cabell v. Petty*, 810 F.2d 463, 466 (4th Cir. 1986). Therefore, IT IS, this 20th day of October, 2004, by the United States District Court for the District of Maryland, **ORDERED:**

 1. That Plaintiffs' Motion for Sanctions against Attorney Lawrence J. Gebhardt [Paper 23] BE, and Hereby IS, **DENIED**; AND

 2. That Plaintiffs' Motion for Sanctions against Attorney Ramsay J. Whitworth [Paper 24] BE, and Hereby IS, **DENIED**; AND

 3. That the Clerk of the Court mail copies of this Order to all counsel of record.

            /s/
           Alexander Williams, Jr.
           United States District Judge