# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **E. SCOTT FRISON, JR.,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-04-350 |
| **RYAN HOMES,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, dated October 29, 2004, and for the reasons stated on the record at the October 27, 2004 hearing in this matter, IT IS this 29th day of October, 2004, in the United States District Court for the District of Maryland **ORDERED:**

1. That Defendants' Motion for Summary Judgment [7] BE, and hereby IS, **GRANTED**;

2. That KBM's Motion to Dismiss Pursuant to Rule 12(b)(5) [12] BE, and hereby IS, **GRANTED**;

3. That Plaintiffs' Motion for Summary Judgment [13] BE, and hereby IS, **DENIED**;

4. That NVR's Motion for Sanctions [19] BE, and hereby IS, **GRANTED**;

5. That NVR shall submit to this Court, within 14 days of the issuance of this Order, a memoranda detailing its request as to the appropriate sanctions award in this matter, including evidence of their reasonable fees and costs associated with this lawsuit;

6. That Plaintiffs may respond and Defendants may reply to this memoranda within the normal period of time permitted under Maryland Local Rule 105;

7. That the Clerk of the Court **CLOSE** this case; AND

8. That the Clerk of the Court transmit a copy of this Order to all counsel and parties of record.

/s/<br>
Alexander Williams, Jr.<br>
United States District Judge