## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| E. SCOTT FRISON, JR., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-04-350 |
| RYAN HOMES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \*

### ORDER

Presently before this Court is Defendants' Motion for an Order Requiring Plaintiffs to Show Cause Why They Should Not Be Held in Contempt [47]. This Court will grant this order and schedule a hearing to determine what relief, if any, should be granted should the Court find Plaintiffs have violated this Court's December 6, 2004 Order. Therefore, IT IS, this 6th day of January, 2006, by the United States District Court for the District of Maryland, **ORDERED:**

1. That Defendants' Motion [47] BE, and hereby IS, **GRANTED**;

2. That Plaintiffs are directed to appear and **SHOW CAUSE** why this Court should not impose sanctions for their failure to comply with this Court's December 6, 2004 Order;

3. That the Court has scheduled a hearing on this Motion for January 24, 2006 at 10 a.m. in the United States District Court for the District of Maryland, Southern Division, courtroom 4A; AND

4. That the Clerk of the Court mail copies of this Order to all counsel of record.

/s/
Alexander Williams, Jr.
United States District Judge